AO 442 (Rev. 11/11) Arrest Warrant

4391214

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Peyton Ambrose Paschall (4)<br><br>*Defendant* | ) ) ) ) ) ) ) Case No. 4:25-cr-00210-JDK-JDL |

11:52 am Oct 20, 2025
**RECEIVED**
EASTERN DISTRICT OF TEXAS

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Peyton Ambrose Paschall,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846 - Conspiracy to Distribute or Possess with Intent to Distribute or Dispense Methamphetamine

Date:   10/15/2025

City and state:   Sherman, Texas

*David A. O'Toole*
*Issuing officer's signature*

David A. O'Toole, Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 10/20/25, and the person was arrested on *(date)* 12/11/25
at *(city and state)* Dallas, Texas

Date: 12/11/25

*Arresting officer's signature*

TFO J. Ricketts
*Printed name and title*