IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| v. | § § § § § | CASE NUMBER 4:25-cr-00210-JDK-JDL |
| PEYTON AMBROSE PASCHALL (4) | | |

### WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT AND ENTRY OF PLEA OF NOT GUILTY

The defendant in the above-referenced case, along with his/her undersigned attorney, hereby acknowledges the following:

(1) Defendant has received a copy of the Superseding Indictment in this case. Defendant understands the nature and substance of the charges contained therein, the maximum penalties applicable thereto, and his/her constitutional rights, after being advised of all the above by her attorney.

(2) Defendant understands he/she has the right to appear personally with his/her attorney before a judge for arraignment in open court on this accusation. Defendant further understands that, absent the present waiver, he/she will be arraigned in open court at the time and date previously designated.

(3) Defendant, having conferred with his/her attorney in this regard, hereby waives personal appearance with his attorney at the arraignment of this case and the reading of the Indictment, and by this instrument, tenders his/her plea of "not guilty". The defendant understands that entry by the court of said plea for defendant will conclude the arraignment in this case for all purposes.

(4) Defendant understands that he/she has a right to a minimum period of time prior to trial so that trial shall not commence less than thirty (30) days from the date on which the defendant first appears through counsel or expressly waives counsel and elects to proceed pro se.

DATE: 2-25-26

_____
Defendant

_____
Attorney for Defendant

### ORDER

APPROVED BY THE COURT. A plea of "not guilty" is entered for the defendant effective this date So ORDERED and SIGNED this 6th day of March, 2026.

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE

** ALL ARRAIGNMENT WAIVERS MUST BE FILED IN THE CLERK'S OFFICE AT LEAST 24 HOURS PRIOR TO THE SCHEDULED ARRAIGNMENT