## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO.: 4:25-CR-00210-JDK-JDL |
| | § | |
| PEYTON PASCHALL | § | |

### DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE

The Defendant, by and through her counsel, makes this Motion for Continuance and would show the Court the following:

I.

PEYTON PASCHALL is charged by indictment with a violation of 21 U.S.C. § 846: Conspiracy to Distribute or Possess with Intent to Distribute or Dispense Methamphetamine. This cause currently has a plea agreement deadline scheduled on March 23, 2026 and an 11(C)(1)(c) deadline on March 30, 2026. Defendant's Attorney and Assistant United States Attorney Eric Erlandson communicated regarding the case on March 26, 2026.  A forty-five-day continuance in this cause is requested so that defense counsel may have the opportunity to continue negotiations with the Government and continue to review discovery in this matter.

Defendant's Attorney has conferred with AUSA Eric Erlandson who has stated that the Government is unopposed to this motion.

II.

This Motion is not made for purposes of delay, but only that justice might be done and Defendant be given a fair opportunity to prepare and present her defense herein.

WHEREFORE, for the reasons set forth above, Defendant respectfully requests the Court

continue the December 29, 2025, plea agreement deadline, as well as any other dates in the current

scheduling order that would be affected by the continuance being sought, for forty-five days.


Respectfully submitted,


*/s/ Aaron J. Veuleman*
Aaron J. Veuleman
LAW OFFICE OF AARON J. VEULEMAN
3300 Oak Lawn Ave Ste 700
Dallas, Texas 75219
(469) 225-8225
Texas State Bar No. 24137263
aaron@ajvdefense.com

**ATTORNEY FOR DEFENDANT
PEYTON PASCHALL**

## CERTIFICATE OF SERVICE

I, AARON J. VEULEMAN, attorney for Defendant, certify that on the 18 day of December, 2025, a copy of the foregoing was delivered to the United States Attorney's office, *via electronic delivery*.

*/s/ Aaron J. Veuleman*
Aaron J. Veuleman

## CERTIFICATE OF CONFERENCE

On the 18 day of December, 2025, I certify that I conferred with United States Assistant District Attorney, Eric Erlandson, about the merits of this Motion and received his assurances that he is unopposed to the delay sought by the Motion.

SIGNED this, the 18 day of December, 2025.

*/s/ Aaron J. Veuleman*
AARON J. VEULEMAN