**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **NO.: 4:25-CR-00210-JDK-JDL** |
| | § | |
| **PEYTON PASCHALL** | § | |

## ORDER ON DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE

Upon motion of the defendant, PEYTON PASCHALL, for a continuance in this case, and the Court having reviewed the facts and legal issues surrounding said motion, this Court hereby GRANTS/DENIES said motion. The Court orders this case to be reset to the _____ day of

_____, 20_____, at _____.m. for

_____.


SIGNED this ___ day of _____ , 20__.



_____
Presiding Judge