IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | No. 4:25CR210 |
| v. | § | Judge Kernodle |
| | § | |
| PEYTON AMBROSE PASCHALL (4) | § | |

## **ELEMENTS OF THE OFFENSE**

You are charged in Count One of the Indictment with a violation of 21 U.S.C. § 846, Conspiracy to Distribute or Possess with the Intent to Distribute a controlled substance. The essential elements which must be proved beyond a reasonable doubt in order to establish a violation of this section are:

1.      That you and one or more persons, in some way or manner made an agreement to commit the crime charged in the Indictment, that is, to possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine or 50 grams or more of methamphetamine (actual);

2.      That you knew the unlawful purpose of the agreement and joined in it with the intent to further it;

3.      That you knowingly and voluntarily joined in the agreement, that is, with the intent to further its unlawful purpose;

4.      That the overall scope of the conspiracy involved 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine or 50 grams or more of methamphetamine (actual); and

1

5.      That you knew or reasonably should have known that the scope of the conspiracy involved 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine or 50 grams or more of methamphetamine (actual).

Respectfully submitted,

JAY R. COMBS
United States Attorney

*/s/ Eric Erlandson*
ERIC ERLANDSON
Assistant United States Attorney
Texas Bar No. 24077351
600 E. Taylor St., Suite 2000
Sherman, Texas 75092
(903) 868-9454
(903) 892-2792 (fax)
Eric.erlandson@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed via electronic filing to defense counsel on April 20, 2026.

*/s/ Eric Erlandson*
Eric Erlandson

2