| | |
|---|---|
| DATE: | 6/8/2026 |
| LOCATION: | Tyler |
| JUDGE: | John D. Love |
| DEP. CLERK: | Kristal Voth |
| RPTR/ECRO: | Digital Recording |
| USPO: | |
| INTERPRETER: | |
| START TIME: | 2:04 |
| END TIME: | 2:26 |

**CASE NUMBER** 4:25-CR-00210-JDK

**UNITED STATES OF AMERICA**
**V.**
**PEYTON AMBROSE PASCHALL (4)**

| J. NOBLE | A. VEULEMAN |
|---|---|

☐ Interpreter Flag    ☐

## CHANGE OF PLEA HEARING

| | | | |
|---|---|---|---|
| ☒ | Change of Plea Hearing called | ☒ | Change of Plea Hearing held |
| ☒ | Dft Appears with counsel | | |
| ☒ | Dft sworn | ☐ | Dft's first appearance with counsel |
| ☒ | Dft advised of charges | ☐ | Dft advised of right to counsel |
| ☒ | Dft advised of maximum penalties | ☒ | Dft received copy of charges |
| ☐ | Charges read | ☒ | Waived reading of charges |
| ☐ | Advised of right to remain silent | ☒ | Discussed charges with counsel |
| ☒ | No pressure to plead | | |
| ☒ | Consent to plea before US Magistrate Judge | ☒ | Parties waive their time period for objections |
| ☒ | Dft enters a guilty plea to count(s): #1s | ☒ | Court finds plea voluntary, knowledgeable |
| ☒ | Factual Basis established | ☒ | Plea Agreement accepted and filed |
| ☒ | Elements of offense filed | ☒ | Factual resume filed |
| ☐ | Dft continued on bond | ☐ | Order of Detention (filed electronically) |
| ☒ | Dft remanded to the custody of the US Marshal | ☐ | Find of facts (filed electronically) |