IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | No. 4:25CR210 |
| v. | § | Judge Kernodle |
| | § | |
| PEYTON AMBROSE PASCHALL (4) | § | |

**FACTUAL BASIS IN SUPPORT OF PLEA AGREEMENT**

The defendant, **Peyton Ambrose Paschall**, hereby stipulates and agrees that at all times relevant to the First Superseding Indictment herein, the following facts were true:

1.  That the defendant **Peyton Ambrose Paschall**, who is changing her plea to guilty, is the same person charged in the First Superseding Indictment.

2.  That the events described in the First Superseding Indictment occurred in the Eastern District of Texas and elsewhere.

3.  That **Peyton Ambrose Paschall**, and at least one other person, made an agreement to commit the crime charged in Count One of the First Superseding Indictment; to knowingly and intentionally distribute and possess with the intent to distribute methamphetamine.

4.  The overall scope of the conspiracy involved 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine or 50 grams or more of methamphetamine (actual).

5.  That **Peyton Ambrose Paschall** knew that the amount involved during the term of the conspiracy was 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine or 50 grams or more of methamphetamine (actual). This amount was involved in the conspiracy

1

after the defendant entered the conspiracy, was reasonably foreseeable to the defendant, and was part of jointly undertaken activity.

6. That **Peyton Ambrose Paschall** knew the unlawful purpose of the agreement and joined in it with the intent to further it and in so doing, committed the following acts, among others: That from in or about January 2025, up to on or about October 15, 2025, in the Eastern District of Texas and elsewhere, **Peyton Ambrose Paschall** conspired with others, to distribute and possess with the intent to distribute at least 1.5 kilograms of methamphetamine (actual).

<u>DEFENDANT 'S SIGNATURE AND ACKNOWLEDGMENT</u>

7. I have read this statement of facts and the First Superseding Indictment and have discussed them with my attorney. I fully understand the contents of this statement of facts and agree without reservation that it accurately describes the events and my acts.

Dated: _10-8-26_    _____
PEYTON AMBROSE PASCHALL
Defendant

<u>COUNSEL FOR DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT</u>

8. I have read this Statement of Facts and the First Superseding Indictment and have reviewed them with my client. Based upon my discussions with the defendant, I am satisfied that the defendant understands the statement of facts and the First Superseding Indictment.

Dated: _6/8/2026_    _____
Aaron Veuleman
Attorney for the Defendant

2